PEOPLE, Respondent, *v.* BELKNAP, Appellant.

(*Supreme Court, General Term, Third Department.* February 18, 1891.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.  Motion to modify judgment denied.  See 12 N. Y. Supp. 143.

---

GREENE *et al.*, Respondents, *v.* WALTON *et al.*, Appellants.

(*Supreme Court, General Term, Third Department.* February 18, 1891.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.  Motion to go to court of appeals denied.  See 13 N. Y. Supp. 147.

---

PEOPLE, Respondent, *v.* TUNNICLIFFE, Appellant.

(*Supreme Court, General Term, Third Department.* February 18, 1891.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.  Order reversed, with $10 costs and printing disbursements, and motion denied, with $10 costs, without prejudice.  See 7 N. Y. Supp. 91.

---

ROTHSCHILD *et al.*, Appellants, *v.* HALL *et al.*, Respondents.

(*Supreme Court, General Term, Third Department.* February 18, 1891.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.  Order reversed, with $10 costs and printing disbursements, and motion to vacate injunction denied, with $10 costs.

---

HOOPER, Respondent, *v.* JOHNSTOWN, G. & K. H. R. Co., Appellants.

(*Supreme Court, General Term, Third Department.* February 18, 1891.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.  Judgment of nonsuit affirmed, with costs.  See 13 N. Y. Supp. 151.

---

FISHER, Appellant, *v.* VILLAGE OF CAMBRIDGE, Respondent.

(*Supreme Court, General Term, Third Department.* February 18, 1891.)

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

No opinion.  Judgment and order affirmed, with costs.  See 10 N. Y. Supp. 623.

---

CORNISH, Respondent, *v.* CARPON *et al.*, Appellants.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion.  Judgment affirmed, with costs.

---

SAYER, Respondent, *v.* FUREY *et al.*, Appellants.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion.  Judgment affirmed, with costs.

---

UTICA, C. & S. V. R. Co. *et al.*, Respondents, *v.* UTICA B. L. ST. R. Co., Appellant.

(*Supreme Court, General Term, Fourth Department.* February 20, 1891.)

No opinion.  Order affirmed, with $10 costs and disbursements.